# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH W. KOHLER,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Civil No. 17-cv-827-JPG-CJP<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Kenneth W. Kohler and against defendant Commissioner of Social Security.

DATED: May 21, 2018

                                          **JUSTINE FLANAGAN,**
                                          **Acting Clerk of Court**

                                          **BY: s/Tina Gray**
                                                 **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**